B-03-054                                    Daniel Groves    6

# RETURN OF SERVICE

Service of the Summons and complaint was made by me¹   DATE  4/5/03

NAME OF SERVER: Adam Darley          TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.
Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED
APR 2 8 2003
Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☒ Other (specify): Daniel Groves via certified mail
2409 Riverside
Harlingen TX 78550

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 7, 2003        Adam Darley
              Date                  Signature of Server

Address of Server: 3401 Louisiana, Ste 300
Houston TX 77002

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.