IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | NO. CIV. B-03-054 |
| | § | |
| RICK COTULLA, HECTO DELEON, | § | |
| HUGO GARCIA, OVE GARCIA, | § | |
| JOSE A. GARZA, JUAN GOMEZ, | § | |
| MICHAEL GRIMALDO, DANIEL | § | |
| GROVES, RON HALL and HECTOR | § | |
| HERNANDEZ | § | |
| | § | |
| DEFENDANTS | § | |

United States District Court
Southern District of Texas
FILED

JUN 0 2 2003

Michael N. Milby
Clerk of Court

## JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 38, Defendant Daniel Groves requests trial by jury in this matter.

Respectfully Submitted,

_____
Daniel Groves,
Pro Se
2409 Riverside Drive
Harlingen, Texas 78550
(956) 421-3527

## CERTIFICATE OF SERVICE

I certify that the foregoing document was sent to all parties listed below on May 30, 2003.

Robert A. Swofford
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, Texas 77550

_____
Daniel Groves