IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTTV, INC., | § | |
| Plaintiff | § | |
| | § | 03-54 |
| vs. | § | CIVIL ACTION NO. B-~~00-045~~ |
| | § | |
| RICK COTULLA, HECTO DELEON, | § | |
| HUGO GARCIA, OVE GARCIA, JOSE A. | § | |
| GARZA, JUAN GOMEZ, MICHAEL | § | |
| GRIMALDO, DANIEL GROVES, RON | § | |
| HALL and HECTOR HERNANDEZ | § | |
| Defendants | § | |

### DEFENDANT MICHAEL GRIMALDO' ORIGINAL ANSWER

**COMES NOW** Defendant MICHAEL GRIMALDO, and files this his original answer to plaintiff's original complaint.

1. Defendant Michael Grimaldo admits that plaintiff has filed a lawsuit, however, is without knowledge or information sufficient to form a belief as to the truth of the averment contained in the rest of paragraph 1.

2. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 2 of plaintiff's original complaint.

3. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 3 of plaintiff's original complaint.

4. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 4 of plaintiff's original complaint.

5. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 5 of plaintiff's original complaint.

6. Defendant Grimaldo admits he is a resident of the State of Texas but denies the balance of the allegations contained in paragraph 6 of plaintiff's original complaint.

7. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 7 of plaintiff's original complaint.

8. Defendant Grimaldo denies the allegations in paragraph 8 of plaintiff's original complaint.

9. Defendant Grimaldo admits the allegations in paragraph 9 of plaintiff's original complaint.

10. Defendant Grimaldo admits the allegations in paragraph 10 of plaintiff's original complaint.

11. Defendant Grimaldo admits the Court has personal jurisdiction but denies the balance of the allegations contained in paragraph 11 of plaintiff's original complaint.

12. Defendant Grimaldo admits venue is proper in this Court but denies the balance of the allegations contained in paragraph 12 of plaintiff's original complaint.

13. Defendant Grimaldo admits the allegations in paragraph 13 of plaintiff's original complaint.

14. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 14 of plaintiff's original complaint.

15. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 15 of plaintiff's original complaint.

16. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 16 of plaintiff's original complaint.

17. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 17 of plaintiff's original complaint.

18. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 18, 18a, and 18b of plaintiff's original complaint.

19. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 19, 19a, 19b, 19c and 19d of plaintiff's original complaint.

20. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 20 of plaintiff's original complaint.

21. Defendant Grimaldo admits he resides in Harlingen, Texas, however, he is without knowledge or information sufficient to form a belief as to the truth the balance of paragraph 21 of plaintiff's original complaint.

22. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 22 of plaintiff's original complaint.

23. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 23 of plaintiff's original complaint.

24. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 24 of plaintiff's original complaint.

25. Defendant Grimaldo admits the allegations contained in paragraph 25 of plaintiff's original complaint.

26. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 26 of plaintiff's original complaint.

27. Defendant Grimaldo denies the allegation contained in paragraph 27 of

plaintiff's original complaint.

28. Defendant Grimaldo denies the allegation contained in paragraph 28 of plaintiff's original complaint.

29. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 29 of plaintiff's original complaint.

30. Defendant admits the allegations contained in paragraph 30 of plaintiff's original complaint.

31. Defendant Grimaldo denies the allegation contained in paragraph 31 of plaintiff's original complaint.

32. Defendant Grimaldo denies the allegation contained in paragraph 32 of plaintiff's original complaint.

33. Defendant Grimaldo denies the allegation contained in paragraph 33 of plaintiff's original complaint.

34. Defendant Grimaldo denies the allegation contained in paragraph 34 of plaintiff's original complaint.

35. Defendant Grimaldo denies the allegation contained in paragraph 35 of plaintiff's original complaint.

36. Defendant Grimaldo admits the allegations contained in paragraph 36 of plaintiff's original complaint.

37. Defendant Grimaldo denies the allegation contained in paragraph 37 of plaintiff's original complaint.

38. Defendant Grimaldo is without knowledge or information sufficient to form a

belief as to the truth of paragraph 38 of plaintiff's original complaint.

39. Defendant Grimaldo denies the allegation contained in paragraph 39 of plaintiff's original complaint.

40. Defendant Grimaldo admits the allegations contained in paragraph 40 of plaintiff's original complaint.

41. Defendant Grimaldo denies the allegation contained in paragraph 41 of plaintiff's original complaint.

42. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 42 of plaintiff's original complaint.

43. Defendant Grimaldo denies the allegation contained in paragraph 43 of plaintiff's original complaint.

44. Defendant Grimaldo admits the allegations contained in paragraph 44 of plaintiff's original complaint.

45. Defendant Grimaldo denies the allegation contained in paragraph 45 of plaintiff's original complaint.

46. Defendant Grimaldo denies the allegation contained in paragraph 46 of plaintiff's original complaint.

47. Defendant Grimaldo denies the allegation contained in paragraph 47 of plaintiff's original complaint.

48. Defendant Grimaldo admits the allegations contained in paragraph 48 of plaintiff's original complaint.

49. Defendant Grimaldo denies the allegation contained in paragraph 49 of

plaintiff's original complaint.

50. Defendant Grimaldo denies the allegation contained in paragraph 50 of plaintiff's original complaint.

51. Defendant Grimaldo denies the allegation contained in paragraph 51 of plaintiff's original complaint.

52. Defendant Grimaldo admits the allegation contained in paragraph 52 of plaintiff's original complaint.

53. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 53 of plaintiff's original complaint.

54. Defendant Grimaldo denies the allegation contained in paragraph 54 of plaintiff's original complaint.

55. Defendant Grimaldo admits the allegation contained in paragraph 55 of plaintiff's original complaint.

56. Defendant Grimaldo denies the allegation contained in paragraph 56 of plaintiff's original complaint.

57. Defendant Grimaldo denies the allegation contained in paragraph 57 of plaintiff's original complaint.

58. Defendant Grimaldo is without knowledge or information sufficient to form a belief as to the truth of paragraph 58 of plaintiff's original complaint.

59. Defendant Grimaldo denies the allegation contained in paragraph 59 of plaintiff's original complaint.

60. Defendant Grimaldo denies plaintiff is entitled to any of the relief sought by

plaintiff in Section IX of plaintiff's original complaint.

Answering further, if such be necessary, defendant Grimaldo asserts the following defenses:

61. Defendant Grimaldo affirmatively asserts that plaintiff's claims are barred, in whole or in part, by the expiration of the period of limitations applicable to these claims.

62. Defendant Grimaldo affirmatively asserts that plaintiff's claim for relief under 18 U.S.C. § 2512 does not carry any civil liabilities and plaintiff does not have standing to bring a claim under this statute.

WHEREFORE, PREMISES CONSIDERED, defendant Grimaldo prays that plaintiff's original complaint be dismissed; that judgment be rendered in favor of this defendant; that plaintiff be assessed with all costs of this action and that defendant Grimaldo have such other and further relief as the Court deems just and proper.

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS
ATTORNEYS AT LAW

BY: _____
MIGUEL SALINAS
Attorney in charge
State Bar No. 17534750
Federal I.D. No. 15171
803 Old Port Isabel Rd.
Brownsville, Texas 78521

ATTORNEY FOR DEFENDANT
MICHAEL GRIMALDO

## CERTIFICATE OF SERVICE

    I certify that on the 24th of June, 2003, a true and correct copy of the above and foregoing document was forwarded, via telefax and certified mail, return receipt requested, to the opposing counsel as follows:

Robert A. Swofford
One Moody Plaza 18th Floor
Galveston, Texas 77550
409/797-3200 Telephone
409/766-6424 Telefax

                                                         Miguel Salinas