IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTTV, INC., <br> Plaintiff | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-54 |
| RICK COTULLA, HECTO DELEON, HUGO GARCIA, OVE GARCIA, JOSE A. GARZA, JUAN GOMEZ, MICHAEL GRIMALDO, DANIEL GROVES, RON HALL and HECTOR HERNANDEZ <br> Defendants | § § § § § § | |

## MOTION FOR LEAVE TO APPEAR
## ON BEHALF OF ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendant MICHAEL GRIMALDO, one of the defendant's in the above entitled and numbered cause, by and through its attorney of record, Miguel Salinas and files this his Motion to Appear and for cause would show the Court as follows:

1. The undersigned hereby requests permission of this Honorable Court to allow Laura Betancourt to appear on his behalf at the Initial Pre-Trial Conference set for Monday, July 21, 2003.

2. Miguel Salinas will be out of town and unable to attend the Initial Pre-Trial Conference. Ms. Betancourt is familiar with the facts of this case and is fully authorized to act on Mr. Salinas behalf.

**WHEREFORE PREMISES CONSIDERED**, Defendant Grimaldo prays that this Honorable Court grant its Motion and enter an Order allowing LAURA BETANCOURT

to appear in place of Miguel Salinas for the limited purpose of the Initial Pre-Trial Conference.

>Respectfully submitted,
>
>BY: _/s/ Miguel Salinas_
>MIGUEL SALINAS
>Attorney in charge
>FEDERAL I.D. NO. 15171
>STATE BAR NO. 17534750
>803 Old Port Isabel Road
>Brownsville, Texas 78521
>956/550-1115 Telephone
>956/550-1134 Telefax

## CERTIFICATE OF CONFERENCE

    I hereby certify that on July 16, 2003, I conferred with Lecia Chaney attorney for plaintiff Directtv and she is not opposed to this Motion to Appear.

_____
MIGUEL SALINAS