*14*

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| vs | * | CIVIL ACTION NO. B03-054 |
| RICK COTULLA, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### Scheduling Conference

September 17, 2003, at 2:00 p.m.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

BY ORDER OF THE COURT

July 22, 2003

cc:   All Parties