Jose AGarza    Came to Hand on 8-20-03 2:00 pm

# RETURN OF SERVICE

CA B-03-54    16

Service of the Summons and complaint was made by me[1]    DATE: 8-21-03    10:48 Am

TITLE: Deputy Constable Pct 2

United States District Court
Southern District of Texas
FILED

AUG 2 8 2003

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MARIBEL RAMIREZ
1405 E. JEFFERSON ST. Brownsville, TEXAS

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Signature of Server: _[signed]_

Address of Server: 974 E. Harrison St. Brownsville, Texas 78520

ABEL PEREZ JR.
Constable Pct. 2
Cameron County

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.