COURTROOM MINUTES: **Felix Recio Judge Presiding**
Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Pinales |
| CSO | : | T Yanez |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **September 17, 2003 at 2:00 p.m.** |

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-54**

**DIRECTV, INC.**                    *           Lecia Chaney

vs                                   *

Rick Cotulla et al                   *

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Miguel Salinas present for defendant Michael Grimaldo;
No other defendants are present;

Ms Chaney provides a status as to each defendant;
Counsel states there is an exiting settlement in the case of defendants Jose A Garza and Daniel Groves;

The Court voices a concern for the defendants who have not been served;

The Court sets a status conference for October 31, 2003 at 9:00 a.m.;

Court adjourned.