*19*

United States District Court
Southern District of Texas
FILED

OCT 2 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, INC.,           §
   Plaintiff        §
                §
V.                       §        **CIVIL ACTION B-03-054**
                §
RICK COTULLA, ET AL.     §
   Defendants       §

## MOTION TO DISMISS WITHOUT PREJUDICE

DIRECTV requests that Plaintiff's claims against Defendant **RICK COTULLA** be dismissed *without prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *without prejudice* against **RICK COTULLA** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, LLP

By: _____
    **Lecia Chaney**
    Attorney in Charge
    Federal ID No. 16499
    Texas State Bar No. 00785757

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929

MOTION TO DISMISS

**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

I contacted Miguel Salinas, Carlos H. Cisneros and Daniel Groves and they are not opposed to this dismissal without prejudice.  Rick Cotulla was not served, therefore, he was not contacted.

Lecia Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Rd
Brownsville, TX  78521
*Attorney for MICHAEL GRIMALDO*

Carlos H. Cisneros
845 E. Harrison, Ste A
Brownsville, Tx  78520
*Attorney for JOSE A. GARZA*

Daniel Groves
2409 Riverside Drive
Harlingen, Tx  78550
*Pro Se*

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the __28__ day of October, 2003.

Lecia L. Chaney