IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC., Plaintiff | § § § | |
| V. | § § | CIVIL ACTION B-03-054 |
| RICK COTULLA, ET AL. Defendants | § § § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

DIRECTV requests that Plaintiff's claims against Defendant **RON HALL** be dismissed *without prejudice.*

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *without prejudice* against **RON HALL** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, LLP

By: /s/ Lecia Chaney
Lecia Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax : (956) 541-2170

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929

**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

I contacted Miguel Salinas, Carlos H. Cisneros and Daniel Groves and they are not opposed to this dismissal without prejudice. Ron Hall was not served, therefore, he was not contacted.

_____
Lecia Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Rd
Brownsville, TX 78521
*Attorney for MICHAEL GRIMALDO*

Carlos H. Cisneros
845 E. Harrison, Ste A
Brownsville, Tx 78520
*Attorney for JOSE A. GARZA*

Daniel Groves
2409 Riverside Drive
Harlingen, Tx 78550
*Pro Se*

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 28 day of October, 2003.

_____
Lecia L. Chaney