```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    R Pinales
CSO                :    Figueroa
Law Clerk          :    M Knicely
Interpreter        :    not needed
Date               :    October 31, 2003 at 09:00 a.m.
```

United States District Court
Southern District of Texas
FILED

OCT 3 1 2003

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-54**

**DIRECTV, INC.**                    *               Lecia Chaney

vs                                   *

Rick Cotulla et al                   *

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Miguel Salinas present for defendant Michael Grimaldo;
No other defendants are present;

Ms Chaney provides a status as to each defendant;
Counsel states she will be filing Motions to Dismiss for Defendants Rick Cotulla, Hector de Leon, Hugo Garcia, Ove Garcia, Juan Gomez, Ron Hall and Hector Hernandez; Counsel further states that defendants Jose A Garza and Daniel Groves have settled;

Ms Chaney and Mr Salinas, counsel for defendant Grimaldo, have agreed to trial dates and counsel have executed and filed and Consent to Proceed before a Magistrate Judge;

Court adjourned.