| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

DIRECTV, INC. §

VS § CIVIL ACTION NO. B-03-054

RICK COTULLA ET AL § ~~(Judge Tagle)~~ 636(c)

## SCHEDULING ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

☐ Bench  ☒ Jury

1.  Trial: Estimated time to try: **3** days.

2.  New parties must be joined by:
    *Furnish a copy of this scheduling order to newparties.*

3.  The plaintiff(s)' experts will be named with a report furnished by:     **12/01/03**
A

4.  The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.     **12/15/03**

5.  Discovery must be completed by:     **02/02/04**
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*     The court will provide these dates.     \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6.  Dispositive Motions will be filed by:     **02/02/04**

7.  Joint pretrial order is due:     **02/17/04**
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket call and final pretrial conference before ~~Judge Tagle~~ Magistrate Judge Recio
    is set for ~~1:30 p.m. on~~ 2:00 p.m. on     **04/01/04**

9.  The jury selection before Judge ~~Tagle~~ Recio is set for 9:00 a.m. on:     **04/05/04**

The case will remain on standby until tried.

Signed _____**OCTOBER 31, 2003**_____, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge