============================================================

**UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS**

============================================================

25

DirecTV, INC.                    *

vs                               *   C.A. NO. B03-054

Rick Cotulla, et Al              *
(Michael Grimaldo)

United States District Court
Southern District of Texas
ENTERED
NOV 0 5 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ Miguel Salinas | Michael Grimaldo | 10/31/03 |
| /s/ Lecia Chaney | DirectV | 10/3/03 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

11/3/03
Date

_____
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**