IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, INC., Plaintiff | § § § |
| V. | § § CIVIL ACTION B-03-054 |
| RICK COTULLA, ET AL. Defendants | § § § |

## ORDER GRANTING
## MOTION TO DISMISS WITHOUT PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss without Prejudice, in which the Plaintiff requests that its claims against Defendant **JUAN GOMEZ only** be dismissed *without prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **JUAN GOMEZ** is hereby dismissed *without prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this ___ day of December, 2003 in Brownsville, Texas.

_____
HONORABLE HILDA G. TAGLE