United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, INC. § | |
| § | |
| § | |
| V. § | C.A. No. B-03-054 |
| § | |
| RICK COTULLA, HECTO DELEON, § | |
| HUGO GARCIA, OVE GARCIA, JOSE § | |
| A. GARZA, JUAN GOMEZ, MICHAEL § | |
| GRIMALDO, DANIEL GROVES, RON § | |
| HALL AND HECTOR HERNANDEZ § | |

### DEFENDANT JOSE A. GARZA'S
### ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JOSE A. GARZA, Defendant in the above-entitled and numbered cause, and files this his Original Answer in response to Plaintiff DirecTV, Inc.'s Original Complaint, and in support thereof, would should unto the Court as follows:

I.

1.01 Defendant admits that Plaintiff has filed a lawsuit; however, Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment contained in the rest of paragraph 1. As set out, paragraph 1 may or may not contain averments, and out of an abundance of caution, Defendant denies the remainder of allegations in ¶ I., Plaintiff's Original Complaint.

1.02 Defendant denies that he is a resident of the State of Texas as averred in ¶ II., paragraph 6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the remainder of paragraphs 2, 3, 4, 5, 6, 7, and 8. Out of an abundance of caution, Defendant invokes the privilege afforded to him under the 5th Amendment of the United States Constitution, Vienna Convention, Hague Convention and other such treaties.

1.03 Defendant denies that this court has personal jurisdiction over him. He is a Citizen of Mexico and does not reside in the State of Texas. As to the remainder of the averments contained in

paragraphs 9, 10, and 11, Defendant is without knowledge or information sufficient to form a belief as to the truth of said allegations.

1.04   Defendant admits the allegations in ¶ IV. of Plaintiff's Original Complaint to the extent *only* that venue is proper in the United States District Court. Defendant is without knowledge or information sufficient to form a belief as to whether the events and omissions giving rise to claims occurred within the Southern District of Texas (28 U.S.C. § 124).

1.05   Defendant is without knowledge or information sufficient to form a belief as to the truth of ¶ V. of Plaintiff's Original Complaint, paragraphs 13 through 18 and paragraphs 20 through 25. Defendant denies the allegations in ¶ V., paragraph 19, parts (a) through (d) and paragraphs 26 through 28, as they are addressed to Defendant Jose A. Garza.

1.06   Defendant is without knowledge or information sufficient to form a belief as to the truth of ¶ VI. of Plaintiff's Original Complaint.

1.07   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in all of ¶ VII. Out of an abundance of caution, Defendant invokes the privilege afforded to him under the 5th Amendment of the United States Constitution, Vienna Convention, Hague Convention and other such treaties.

1.08   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in all of ¶ VIII. Out of an abundance of caution, Defendant invokes the privilege afforded to him under the 5th Amendment of the United States Constitution, Vienna Convention, Hague Convention and other such treaties.

## II.

## AFFIRMATIVE DEFENSES

2.01   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiff's claimed are barred, in whole or in part, by the expiration of the period of limitations applicable to these claims.

2.02   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiff's claim for relief under 18 U.S.C. § 2512 does not carry any civil liabilities and Plaintiff does not have standing to bring a claim under this statute.

2.03   For further answer, if such be necessary, and pleading in the alternative, Defendant

further affirmatively alleges that Plaintiff has failed to state a cause of action under 18 U.S.C. §§ 2511 and 2520.

2.04   For further answer, if such be necessary, and pleading in the alternative, Defendant further alleges that the damages in this case, if any, were caused by the negligence of third parties and any recovery should be barred or diminished under the applicable provisions of the law.

2.05   For further answer, if such be necessary, and pleading in the alternative, Defendant further alleges that the damages in this case, if any, were caused by the contributory negligence of third parties and any recovery should be barred or diminished under the applicable provisions of the law.

2.06   For further answer, if such be necessary, and pleading in the alternative, Defendant further alleges that Plaintiff has no standing to bring actions under any Federal Statutes where the punishment is criminal in nature.

### III.
### JURY DEMAND

Defendant requests a trial by jury.

WHEREFORE, Defendant JOSE A. GARZA, prays that upon final trial and hearing hereof, he have judgment in accordance with the law and facts as found by this Honorable Court and Jury, and for such other and further relief, legal or equitable, general or special, to which he may show himself justly entitled to receive.

Respectfully submitted,

**CARLOS H. CISNEROS, P.C.**
845 E. HARRISON ST., SUITE A
BROWNSVILLE, TEXAS 78520
TEL. 956/504.2260
FAX 956.504.5988

_____
Carlos H. Cisneros
State Bar No. 00793508
Fed. Id. No. 21865

*ATTORNEY-IN-CHARGE*
*FOR DEFENDANT,*
*JOSE A. GARZA*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was on this the 23rd day of January, 2004, served via Certified Mail, return receipt requested, to the following parties or attorneys pursuant to FEDERAL RULE OF CIVIL PROCEDURE 5(b).

Hon. Lecia Chaney
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren Street
Brownsville, Texas 78520

Hon. Miguel Salinas
**LAW OFFICE OF MIGUEL SALINAS**
**ATTORNEYS AT LAW**
803 Old Port Isabel Road
Brownsville, Texas 78521

Mr. Daniel Groves
2409 Riverside Drive
Harlingen, Texas 78550.

_____
Carlos H. Cisneros