UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

DIRECTV, INC.     §

VS     § C.A. NO. B-03-054
                     (636(c))

RICK COTULLA, ET AL     §

United States District Court
Southern District of Texas
ENTERED
FEB 2 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## AMENDED SCHEDULING ORDER

On the 23rd of February 2004, DIRECTV's Unopposed Motion to Enlarge Time for Filing the Joint Pretrial and Request for Mediation, as to Defendant Grimaldo, was considered by the Court. The Court, after reviewing said Motion, is of the opinion that the Motion should be and is hereby GRANTED.

1. Trial: Estimated time to try: __3__ days.      ☐ Bench  ☑ Jury

2. New parties must be joined by:      _____
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:    March 19, 2004

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.    April 5, 2004

5. Discovery must be completed by:    April 23, 2004
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

6. Mediation shall be held on or before:    May 14, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* The court will provide these dates. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7. Dispositive Motions will be filed by:    May 28, 2004

8. Joint pretrial order is due:    June 18, 2004
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

9.
10. Docket call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:    August 5, 2004
    *The case will remain on standby until tried.*

11. The jury selection before Judge Recio is set for 9:00 a.m. on:    August 09, 2004

The case will remain on standby until tried.

Signed _02-23-04_, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge