IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 27 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, INC., § | |
| Plaintiff § | |
| § | CIVIL ACTION B-03-054 |
| V. § | |
| § | |
| RICK COTULLA, ET AL. § | |
| Defendants § | |

## DIRECTV, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules of Court, DIRECTV, Inc., Plaintiff in this case, provides the following information to the Court:

DIRECTV, Inc., a California corporation, is a wholly owned subsidiary of DIRECTV Enterprises, LLC, a Delaware Limited Liability Company, which is a wholly owned subsidiary of DIRECTV Holdings, LLC, a Delaware Limited Liability Company, which is a wholly owned subsidiary of Hughes Electronics Corporation, a Delaware corporation.

Thirty-four percent of the shares of Hughes Electronics Corporation are held by Fox Entertainment Group, Inc., a Delaware corporation, which is a majority-owned subsidiary of News Publishing Australia Limited, a Delaware corporation, which is a wholly owned subsidiary of The News Corporation Limited, an Australia corporation.

The shares of Hughes Electronics Corporation, Fox Entertainment Group, Inc. and The News Corporation Limited are publicly traded.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.

By: *Lecia Chaney*
**Lecia L. Chaney**
State Bar No. 00785757
Fed. I.D. #16499
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

**Miguel Salinas**
Law Office of Miguel Salinas
803 Old Port Isabel Rd
Brownsville, TX 78521
*Attorney for MICHAEL GRIMALDO*

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 27th day of February, 2004.

_____
Lecia L. Chaney