United States District Court
Southern District of Texas
FILED

MAR 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION B-03-054 |
| V. | § | |
| | § | |
| RICK COTULLA, ET AL. | § | |
| Defendants | § | |

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant **DANIEL GROVES**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **DANIEL GROVES** be dismissed in their entirety and *with prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against **DANIEL GROVES** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: /s/ Lecia Chaney
Lecia L. Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

## CERTIFICATE OF CONFERENCE

I contacted Attorneys, Miguel Salinas and Cary Helmcamp and they are not opposed to this dismissal with prejudice.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Rd
Brownsville, TX 78521
*Attorney for MICHAEL GRIMALDO*

Carrie D. Helmcamp
Henslee, Fowler, Hepworth & Schwartz
816 Congress Avenue, Ste. 800
Austin, Tx 78701
*Attorney for Defendant Daniel Groves*

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 3rd day of March, 2004.

_____
Lecia L. Chaney