IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, INC., | § |
| Plaintiff | § |
| V. | §  CIVIL ACTION B-03-054 |
| RICK COTULLA, ET AL. | § |
| Defendants | § |

### MOTION TO CONTINUE FINAL PRE-TRIAL CONFERENCE
### (UNOPPOSED)

DIRECTV files this its Motion to Continuance of the pre-trial conference currently scheduled for August 5, 2004 for the following reasons:

DIRECTV has settled, defaulted and/or dismissed its claims against all Defendants except Michael Grimaldo. Discovery has been completed and final pre-trial is currently set for August 5, 2004. Counsel for DIRECTV is enrolled in a continuing legal education course on August 5, 2004 in San Antonio, Texas and requests a short continuance of this matter so she may attend.

Furthermore, the parties believe that the case is very close to settlement and would request additional time to finalize the settlement eliminating the need for a final pre-trial altogether. This Motion is supported by Counsel's affidavit attached hereto.

WHEREFORE, DIRECTV requests that this Motion for Continuance be granted and that the pre-trial conference in this matter be reset for a date certain in the future.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: /s/ Lecia Chaney
Lecia L. Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax   : (956) 541-2170

ATTORNEY IN CHARGE FOR
PLAINTIFF, DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

I certify that counsel for Mr. Grimaldo is not opposed to this Request for Continuance

July 29, 2004

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record by first class mail, certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 30 day of July, 2004.

**Miguel Salinas**
Law Office of Miguel Salinas
803 Old Port Isabel Rd
Brownsville, TX 78521
*Attorney for MICHAEL GRIMALDO*

_____
Lecia L. Chaney

# AFFIDAVIT

STATE OF TEXAS § § §
COUNTY OF CAMERON

BEFORE ME, the undersigned authority, on this day personally appeared Lecia Chaney, a person known to me to be the person whose name is subscribed to this affidavit, who being duly sworn did depose and say as follows:

"My name is Lecia Chaney. I am over eighteen years of age, and am fully competent and authorized to make this affidavit. I am an attorney of record for DIRECTV in this matter and I have prepared the attached Motion for Continuance. I aver that the statements made in the Motion are true and correct.

Further Affiant sayeth not."

_____
Lecia Chaney

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this 29th of July, 2004.

_____
Notary Public in and for
The State of Texas

_____
Name of Notary, typed or printed

**LUPITA ROCHA**
Notary Public, State of Texas
My Commission Expires
May 21, 2005

My Commission Expires:

05-21-05