IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| Plaintiff | § | |
| V. | § | CIVIL ACTION B-03-054 |
| | § | (636(c)) |
| RICK COTULLA, ET AL. | § | |
| Defendants | § | |

## ORDER

Plaintiff's Motion for a Continuance of the August 5, 2004 final pre-trial conference has been received and considered. The Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED & DECREED that the final pre-trial conference is rescheduled for the __1st__ day of __September__, 2004 at __2:00__ a.m./p.m., and jury selection is set for September 2, 2004, at 9:00 a.m.

Signed this __2d__ day of __Aug__, 2004 in Brownsville, Texas.

Felix Recio
PRESIDING JUDGE