COURTROOM MINUTES: **Felix Recio Judge Presiding**
              Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| CSO | : | Figueroa |
| Law Clerk | : | M Knisely |
| Interpreter | : | not needed |
| Date | : | **September 1, 2004 at 2:35 pm** |

United States District Court
Southern District of Texas
FILED

SEP 0 1 2004

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-54 (636(c))**

DIRECTV, INC.                    *           Lecia Chaney

vs                               *

Michael Grimaldo                 *

---

## FINAL PRETRIAL

Lecia Chaney present for Plaintiff;
Miguel Salinas present for Defendant;

Ms Chaney announces the case has settled and are awaiting signatures on the paperwork;

Case reset for 09/13/04 in the event that the paperwork has not been signed;

Court adjourned.