IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SEP 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| Plaintiff | § § § | |
| V. | § | CIVIL ACTION B-03-054 |
| RICK COTULLA, ET AL. | § § § | |
| Defendants | § | |

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant **MICHAEL GRIMALDO**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **MICHAEL GRIMALDO** be dismissed in their entirety and *with prejudice.*

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against **MICHAEL GRIMALDO** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: _____
**Lecia L. Chaney**
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

**ATTORNEYS FOR PLAINTIFF,
DIRECTV, INC.**